```
                                           U.S. DISTRICT COURT
                                             DISTRICT OF N.H.
                                                 FILED

                                           2005 JUL 25  A 10: 37
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Patricia A. Donovan</u>

      v.                    Case No. 05-cv-211-PB

<u>Randy Travis, et al.</u>

<u>O R D E R</u>

I hereby recuse myself from presiding over this case as Attorney Michael Sheehan has filed an appearance.

SO ORDERED.

July 25, 2005

                                      Paul Barbadoro
                                      United States District Judge

cc:    Michael Sheehan, Esq.
        Patricia Donovan, Pro Se.
        Robert Whaland, Esq.
        Daniel Mullen, Esq.