UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Patricia Donovan

       v.                     Case No. 05-cv-211-SM

Linda Whalen


ORDER STRIKING DOCUMENTS IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:   #35, Response to Defendant's Objection for Temporary Injunction,
                                #35, Response to Defendant's Objection to Motion to Compel
                                filed by Plaintiff

DATE FILED:      November 1, 2005

The documents above fail to comply with:

LR 7.1(e)(3)        Surreply memo is not permitted without prior leave of court


It is herewith ordered that the documents is stricken, returned herewith to the submitting party, and must be refiled.


SO ORDERED.

November 4, 2005

                                              Steven J. McAuliffe
                                              Chief Judge


cc:    Patricia Donovan, pro se
        Michael Sheehan, Esq.