UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Patricia Donovan

v.  Case No. 05-cv-211-SM

Linda Whalen

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 3, 2006, for the reasons set forth therein. Plaintiff's motion for preliminary injunction is denied.

SO ORDERED.

February 15, 2006

Steven J. McAuliffe
Chief Judge

cc: Patricia Donovan, pro se
Michael Sheehan, Esq.