UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Patricia Donovan</u>

                    v.                              05-cv-211-SM

<u>Linda Whalen</u>

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:   #68, Response to Defendant's fallacies in her statement, filed by
                  Plaintiff

DATE FILED:      March 30, 2006

        The document above fails to comply with:

        LR 7.1(e)(2)        Nondispositive motion:  reply memorandum is not permitted
                            without prior leave of court

        It is herewith ordered that the document is stricken, returned herewith to the
submitting party, and must be refiled.

        SO ORDERED.

                                              /s/ James R. Muirhead
April 3, 2006                           _____
                                        James R. Muirhead
                                        United States Magistrate Judge

cc:   Patricia Donovan, pro se
      Michael Sheehan, Esq.